UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEALEY,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>DOE,<br><br>　　　　　　Defendant. | Case No. 22-cv-06513-JSW<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR TRANSFER**<br><br>(ECF No. 10) |

　　　　Pursuant to Plaintiff's motion indicating that his lawsuit concerns matters and defendants at Corcoran State Prison, which lies within the venue of the Eastern District of California, *see* 28 U.S.C. §　84, IT IS ORDERED in the interest of justice, and pursuant to 28 U.S.C. § 1406(a), that this action is TRANSFERRED to the United States District Court for the Eastern District of California.

　　　　The Clerk shall transfer this matter forthwith.

　　　　**IT IS SO ORDERED.**

Dated: January 17, 2023

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　JEFFREY S. WHITE
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge