UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEAN MARTIN SEALEY,<br><br>    Plaintiff,<br><br>    v.<br><br>CSATF STATE PRISON, et al.,<br><br>    Defendants. | Case No. 1:23-cv-00075-EPG (PC)<br><br>ORDER DENYING APPLICATION TO PROCEED *IN FORMA PAUPERIS* AS MOOT<br><br>(ECF No. 15) |

   Dean Sealey ("Plaintiff") is a state prisoner proceeding *pro se* in this action. On February 13, 2023, Plaintiff filed an application to proceed *in forma pauperis*. (ECF No. 15). However, on that same day, Plaintiff paid the filing fee for this action.

   As Plaintiff has paid the filing fee for this action, IT IS ORDERED that Plaintiff's application to proceed *in forma pauperis* is denied as moot.

IT IS SO ORDERED.

   Dated:   **February 14, 2023**            /s/ Erica P. Grosjean
                                              UNITED STATES MAGISTRATE JUDGE

1